**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re: MACH SPEED TECHNOLOGIES, LLC § Case No. 15-41919
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Michelle H. Chow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $475,625.31 | Claims Discharged Without Payment: $22,034,554.36 |
| Total Expenses of Administration: $516,983.76 | |

    3) Total gross receipts of $992,609.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $992,609.07 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 516,983.76 | 516,983.76 | 516,983.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 82,644.72 | 82,644.72 | 82,644.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,475,241.12 | 22,235,000.56 | 11,847,896.92 | 392,980.59 |
| **TOTAL DISBURSEMENTS** | **$13,475,241.12** | **$22,834,629.04** | **$12,447,525.40** | **$992,609.07** |

4) This case was originally filed under Chapter 7 on 10/30/2015. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2021        By: /s/ Michelle H. Chow
                                                Chapter 7 Bankruptcy Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNSCHEDULED POC VALUE | 1129-000 | 11,500.00 |
| CONTINGENT CLAIMS - D&O POLICY | 1149-000 | 956,250.00 |
| FINANCIAL ACCOUNTS | 1229-000 | 1,726.89 |
| MISCELLANEOUS DEPOSITS | 1290-000 | 841.61 |
| REFUND OVERPAYMENT - UPS | 1290-000 | 22,265.57 |
| MISCELLANEOUS DEPOSITS | 1290-001 | 25.00 |
| **TOTAL GROSS RECEIPTS** | | **$992,609.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michelle H. Chow | 2100-000 | N/A | 52,880.45 | 52,880.45 | 52,880.45 |
| Michelle H. Chow | 2200-000 | N/A | 395.09 | 395.09 | 395.09 |
| PASSMAN & JONES, P.C. | 3210-600 | N/A | 382,500.00 | 382,500.00 | 382,500.00 |
| PASSMAN & JONES, P.C. | 3220-610 | N/A | 4,910.88 | 4,910.88 | 4,910.88 |
| Lain, Faulkner & Co. P.C. | 3410-000 | N/A | 4,539.50 | 4,539.50 | 4,539.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LITZLER, SEGNER, SHAW & MCKENNEY, LLP | 3410-580 | N/A | 21,898.13 | 21,898.13 | 21,898.13 |
| Lain, Faulkner & Co. P.C. | 3420-000 | N/A | 823.64 | 823.64 | 823.64 |
| GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | 2300-000 | N/A | 3,136.00 | 3,136.00 | 3,136.00 |
| WELLS FARGO CAPITAL FINANCE | 2420-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Bank and Technology Fees | 2600-000 | N/A | 2,487.76 | 2,487.76 | 2,487.76 |
| Mark Agee | 3110-000 | N/A | 41,379.66 | 41,379.66 | 41,379.66 |
| Mark Agee | 3120-000 | N/A | 1,032.65 | 1,032.65 | 1,032.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$516,983.76** | **$516,983.76** | **$516,983.76** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Douglas Lane | 5300-000 | 0.00 | 12,475.00 | 12,475.00 | 12,475.00 |
| 5 | Pontotoc County Treasurer | 5800-000 | 0.00 | 70,169.72 | 70,169.72 | 70,169.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$82,644.72** | **$82,644.72** | **$82,644.72** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ANHUI TECHNOLOGY IMP AND EXP CO. LTD | 7100-000 | 759,511.22 | 760,155.00 | 760,155.00 | 26,434.75 |
| | CHINA ELECTRONICS SHENZHEN COMPANY | 7100-000 | 0.00 | 380,160.00 | 380,160.00 | 13,220.25 |
| | GUANGZHOU CHANGJIA ELECTONIC CO. LTD. | 7100-000 | 0.00 | 1,535,972.80 | 1,535,972.80 | 53,414.19 |
| | JIANGXI WEI HENG DIGITAL COMPANY LIMITED | 7100-000 | 0.00 | 3,090,832.82 | 3,090,832.82 | 107,485.20 |
| | NATURAL SOUND ELECTRONICS (SHENZHEN) CO., LTD | 7100-000 | 1,015,771.80 | 2,926,683.20 | 2,926,683.20 | 101,776.81 |
| 1 | Peter Kravitz, as Trustee of the RS Liq. Trust | 7100-000 | 0.00 | 997,867.00 | 100,000.00 | 3,477.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2B | Douglas Lane | 7100-000 | N/A | 187,505.93 | 187,505.93 | 6,520.61 |
| 3 | Walmart Stores Inc. | 7100-000 | 0.00 | 1,628.48 | 1,628.48 | 56.63 |
| 4 | Petra Industries LLC | 7100-000 | 0.00 | 185,401.08 | 0.00 | 0.00 |
| 6 | Landstar Ranger Inc. | 7100-000 | 3,837.28 | 3,383.28 | 3,383.28 | 117.66 |
| 7 | Landstar Ranger Inc. | 7100-000 | 0.00 | 1,883.00 | 1,883.00 | 65.48 |
| 8 | Eagle Fund ii LP | 7100-000 | 0.00 | 4,508,470.00 | 0.00 | 0.00 |
| 9 | Petra Growth Fund LP | 7100-000 | 0.00 | 3,937,795.00 | 0.00 | 0.00 |
| 10 | Shenzhen CE & IT Ltd. | 7100-000 | 101,292.00 | 2,154,902.56 | 1,297,332.00 | 45,115.34 |
| 11 | Shenzhen NST industry and Trade Co., LTD | 7100-000 | 1,014,841.44 | 1,014,971.56 | 1,014,971.56 | 35,296.12 |
| 12 | Canon Financial Services INC Canon Attn: Lee-Ann Peterick | 7200-000 | 349.35 | 7,703.73 | 7,703.73 | 0.00 |
| 13 | Ingram Micro Inc. | 7200-000 | 0.00 | 539,685.12 | 539,685.12 | 0.00 |
| 14 | Blair Alley | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| 15 | Anthony Williams | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Adorama-V | 7100-000 | 79.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ADS Network Engineering, LLC | 7100-000 | 375.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alexander Andreev | 7100-000 | 4,750.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T | 7100-000 | 2,598.51 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Avanquest North America, Inc. | 7100-000 | 32,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ChangJia group Company Ltd. | 7100-000 | 1,546,429.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cintas | 7100-000 | 652.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Commercehub | 7100-000 | 125.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cooper Global Ventures LLC | 7100-000 | 571.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Crowell Lock & Safe Company | 7100-000 | 526.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Culligan Water Cond. | 7100-000 | 262.21 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Department of Environmental Quality | 7100-000 | 675.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dobie Basier | 7100-000 | 1,548.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eken Industrial | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | FedEx | 7100-000 | 22.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fidelity Security Life | 7100-000 | 198.49 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gonzalez Rolon Valdespino & Rodriguez | 7100-000 | 875.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Green Packaging | 7100-000 | 31,791.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hastings-V | 7100-000 | 820.02 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hatch International Limited | 7100-000 | 29,062.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | HEB Store | 7100-000 | 2,298.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hooten Oil Company | 7100-000 | 1,172.41 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Huafun | 7100-000 | 2,959,795.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Incom Marketing, Inc. | 7100-000 | 5,149.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IPFS Corporation | 7100-000 | 296.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jake Durham | 7100-000 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Justin Hyatt Gothelf | 7100-000 | 750.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kaliber-Portmann LTD Inc. | 7100-000 | 1,591.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ki Sales | 7100-000 | 747.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Koury Services | 7100-000 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Landstar Global Logistics | 7100-000 | 2,140.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Leach Laser | 7100-000 | 1,226.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MEI-V | 7100-000 | 25,826.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Miller Office Equipment | 7100-000 | 304.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | National Corporate Research, LTD | 7100-000 | 500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NewBay Media, LLC | 7100-000 | 4,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NewEgg-V | 7100-000 | 122,516.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NJ Department of Treasury-Ecycling Manf. | 7100-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | On Air Experts LLC | 7100-000 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PC Treasures Inc. | 7100-000 | 4,641.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pepsi Beverage Company | 7100-000 | 288.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PGF II | 7100-000 | 5,197.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PN Devices In't Limited | 7100-000 | 4,053,581.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pontotoc County Treasurer | 7100-000 | 58,606.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pontotoc Technology Center | 7100-000 | 60.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Preferred Material Handling | 7100-000 | 2,183.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Premier Computing Inc. | 7100-000 | 2,824.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ProServ | 7100-000 | 464.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Qterics, Inc. | 7100-000 | 10,411.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Radio Shack North Hill-V | 7100-000 | 2,308.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ShenZhen KY Technology Co., Ltd. | 7100-000 | 380,160.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shenzhen Well-Share Industry Co., Ltd. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shenzhen Zonoki Digital | 7100-000 | 692,215.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sonic Emotion AG | 7100-000 | 1,300.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Spring House Water | 7100-000 | 763.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stage Stores-V | 7100-000 | 170,089.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Star Digital Technology | 7100-000 | 2,345.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Symphony Teleca AB | 7100-000 | 18,000.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | TCP Group, LLC | 7100-000 | 350,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ted Holt Flooring | 7100-000 | 109.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tempest Studios | 7100-000 | 450.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Oklahoman | 7100-000 | 13.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Treasurer, State of Vermont | 7100-000 | 34.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Treat's Solutions | 7100-000 | 859.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | VAVI Sports & Social Club | 7100-000 | 1,700.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Veritas Advisory Group, Inc. | 7100-000 | 8,825.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Washington Materials Management | 7100-000 | 208.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WCCCD Warehouse 283 | 7100-000 | 3,504.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Westerman & Associates, Inc. | 7100-000 | 12,906.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WMMFA | 7100-000 | 208.76 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$13,475,241.12** | **$22,235,000.56** | **$11,847,896.92** | **$392,980.59** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case Number: 15-41919 BR | Trustee: Michelle H. Chow |
| Case Name: MACH SPEED TECHNOLOGIES, LLC | Filed (f) or Converted (c): 10/30/15 (f) |
| | §341(a) Meeting Date: 12/04/15 |
| Period Ending: 03/11/21 | Claims Bar Date: 07/25/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FINANCIAL ACCOUNTS (u)<br>Unscheduled Wells Fargo account balances<br>No amended schedules filed as of 03/31/19. All scheduled assets are from original schedules. | 0.00 | 1,500.00 | | 1,726.89 | FA |
| 2 | REFUND OVERPAYMENT - UPS (u)<br>Refund of overpayments to UPS | 0.00 | 22,000.00 | | 22,265.57 | FA |
| 3 | MISCELLANEOUS DEPOSITS (u)<br>This asset is for miscellaneous unscheduled deposits | 0.00 | 800.00 | | 866.61 | FA |
| 4 | CONTINGENT CLAIMS - D&O POLICY<br>NOTE: This is the only scheduled asset on the original schedules. No amended AB filed as of 03/31/16.;Per Debtor's schedules; '$3,000,000 shared D&O/EPL policy with AIG with six year run-off limit inforce through 08/06/21.' This asset administered. See motion 06/13/18 #94 and Order 08/10/18 #116. Proceeds deposited to estate bank account on 08/13/18. | 0.00 | 400,000.00 | | 956,250.00 | FA |
| 5 | FRAUDULENT TRANSFER - SOFA ITEMS<br>This line item reserved for possible fraudulent transfers from transactions listed on the SOFA. Proposed special counsel investigated and accountant for estate assisted with records analysis for this line item. No value to this line item; all included in asset #4. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | UNSCHEDULED POC VALUE (u)<br>Unscheduled asset - Proof of Claim filed in Chapter 11 bankruptcy NDTX 14-34941 ALCO stores; unknown to Trustee there was a POC on file. Claim buyers approached trustee; this case open for 5 years and underlying asset still in litigation as well as higher claim classes also in litigation. Trustee filed motion to sell and various buyers increased bids. Winner purchased remnant claim per order 05/06/2020 #163. | 0.00 | 11,500.00 | | 11,500.00 | FA |
| | TOTALS (Excluding Unknown Values) | $0.00 | $435,800.00 | | $992,609.07 | $0.00 |

**Major activities affecting case closing:**
As of date submitted to UST: 10/29/2020: Case administration completed. Claims review/objections filed. IRS confirmed no further audit issues. Final estate professionals' fee applications granted. TFR ready for review.

Prior reporting periods:
As of 03/31/2020 reporting period: Additional claims activity between general counsel and selected creditors, and tax filings prepared by estate accountant. On 08/26/19, Trustee received notice from the IRS that the 4 cases were selected for audit. Documents requested and produced. Trustee and accountant Lain Faulkner responding to requests but do not have much indication of when they will be complete with their review. Trustee can only provide a very rough estimate and can only close this case subject to the IRS's timing. This is the remaining activity in this case before final professionals'

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 2

fee applications.

From 04/01/18-03/31/2019: Causes of action against various parties was resolved, and settlement reached. Trustee and her counsels mediated and deliberated many hours to reach this settlement. See Motion 06/13/2018 #94 and the Order 08/10/2018 #116 for settlement of $3.85 million, the determination of proceeds split between the 4 related cases, and also the Trustee's counsels' fee applications and Orders within the same time period. The funds deposited to each respective bankruptcy case and awaiting the final tax returns and final professionals' fee applications before the final report. Claims were reviewed and objections granted in 08/2018 through 11/2018.

From 04/01/17-03/31/18: The main activity during the reporting period was multiple mediation meetings and attempt at settlement between multiple parties and insurance. Towards the end of this reporting period, the amount of $3.85 million was introduced, but terms were not acceptable to the Trustee. The main issues besides the amount of settlement were allocation between the 4 related estates and the individual claims of filed by the Defendants. Trustee is very hopeful that a compromise will be reached and a settlement motion outlining all the terms will be filed in the next reporting period.

Periods prior to 03/31/17: Requests were made for documents/document production and review/motions for 2004 exam against parties related to Debtors. Trustee's counsels identified these parties as having liquidity and/or coverage by the D&O policies which could ultimately net funds for the bankruptcy estate. These were the 'owners' and 'foreclosers' on the business entities: 1. PEAG LLC; 2.TCP Group (Transition Capitial Partners); 3.Petra Growth Fund; 4. Wells Fargo.

Many times have the trustee and counsel met and/or conferenced called to discuss case progress and strategy. Special counsel may add additional professionals to assist with document and financial statement review/data mining, which is not included under Lain Faulkner as tax accountants for the estate. Documents produced by TCP, but incomplete fro  PEAG LLC. Wells Fargo lags a bit behind in documents requested/produced.

Case background: This is part of 4 related Chapter 7 cases which have been administratively consolidated:  
15-41922 Bear River International, LLC - sold guns and sporting equipment  
15-41920 JLab, LLC -  sold headphones and audio products  
15-41918 Mach Speed Holdings, LLC - holding company for all three  
15-41919 Mach Speed Technologies, LLC - sold MP3 type digital media players

These four related companies had the same officers/directors and appear to have possibly used the same books and records. Mach Speed Holdings, LLC was the holding/parent company of the other three. It was formed by various 'investor-type entities' - Transition Capital Partners (a Dallas based private equity firm), Petra Capital Partners, and Bush O'Donnell Capital Partners. The 'lenders' basically took back their business, and this along with other directed payments are the potential remaining assets of the business. Trustee hired special counsel/special litigators who will determine best course of action. Trustee also hired general counsel and accountants for the estate (for tax returns). Assets collected to date include state taxing authority refunds, miscellaneous refunds, and Wells Fargo bank balances.

General Counsel for Trustee: Mark Agee  
Accountant for Trustee: Lain Faulkner  
Debtor Counsel: Joe Marshall; Marshall Law;  5001 Spring Valley Road, Suite 400E; Dallas, TX 75244-3910 (972)-393-3900; jmarshall@marshalllaw.net  
Debtor's Principal: Keith Driscoll  
Special Counsel for Trustee: Chris Robison;  Passman & Jones, 2500 Renaissance Tower;  1201 Elm Street;  Dallas, TX 75270 and Sommerman, McCaffity & Quesada, LLP  
Interested Party: Peter Jackson, represents Dan Lane

**Initial Projected Date of Final Report (TFR):** December 31, 2020     **Current Projected Date of Final Report (TFR):**  October 29, 2020 (Actual)

_____March 11, 2021_____                                                    /s/ Michelle H. Chow_____  
Date                                                                                                Michelle H. Chow

Case 15-41919 Doc 27 Filed 03/23/21 Entered 03/23/21 16:39:16 Desc Main
Document Page 10 of 18

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Bank of Kansas City |
| | | | Account: | ******1542 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/17/16 | Asset #1 | Wells Fargo Bank, N.A. | bank balance | 1229-000 | 644.38 | | 644.38 |
| 02/17/16 | Asset #1 | Wells Fargo Bank, N.A. | bank balance | 1229-000 | 1,082.51 | | 1,726.89 |
| 03/08/16 | Asset #2 | UPS | refund of overpayment | 1290-000 | 12,202.14 | | 13,929.03 |
| 03/30/16 | Asset #2 | UPS | refund of overpayment | 1290-000 | 10,063.43 | | 23,992.46 |
| 03/30/16 | Asset #3 | Digital River one Network Corporation | misc. deposit | 1290-000 | 114.61 | | 24,107.07 |
| 03/31/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 14.54 | 24,092.53 |
| 04/19/16 | Asset #3 | State of New Jersey | misc. deposit | 1290-000 | 727.00 | | 24,819.53 |
| 04/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 33.32 | 24,786.21 |
| 05/31/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 36.73 | 24,749.48 |
| 06/30/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 35.50 | 24,713.98 |
| 07/14/16 | | TEXAS CAPITAL BANK | TRANSFER OF FUNDS | 9999-000 | | 24,713.98 | 0.00 |

|  | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 24,834.07 | 24,834.07 | $0.00 |
| Less: Bank Transfers | 0.00 | 24,713.98 | |
| **Subtotal** | 24,834.07 | 120.09 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$24,834.07** | **$120.09** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4560 - Checking Account |
| **Taxpayer ID#:** | **-***5706 | | Blanket Bond: | N/A |
| **Period Ending:** | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/16 | | BANK OF KANSAS CITY | TRANSFER OF FUNDS | 9999-000 | 24,713.98 | | 24,713.98 |
| 08/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 20.05 | 24,693.93 |
| 09/06/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.51 | 24,659.42 |
| 10/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.46 | 24,624.96 |
| 11/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.41 | 24,590.55 |
| 12/05/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.36 | 24,556.19 |
| 01/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.32 | 24,521.87 |
| 02/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.27 | 24,487.60 |
| 03/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.22 | 24,453.38 |
| 04/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.17 | 24,419.21 |
| 05/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.12 | 24,385.09 |
| 06/05/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.08 | 24,351.01 |
| 07/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 34.03 | 24,316.98 |
| 08/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.98 | 24,283.00 |
| 09/05/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.93 | 24,249.07 |

Page: 3

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | Bank Name: | Texas Capital Bank |
| | | Account: | ******4560 - Checking Account |
| Taxpayer ID#: | **-***5706 | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | Separate Bond: | 555,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.89 | 24,215.18 |
| 11/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.84 | 24,181.34 |
| 12/04/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.79 | 24,147.55 |
| 01/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.74 | 24,113.81 |
| 02/05/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.70 | 24,080.11 |
| 03/05/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.65 | 24,046.46 |
| 04/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.61 | 24,012.85 |
| 05/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.56 | 23,979.29 |
| 06/04/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.51 | 23,945.78 |
| 07/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.46 | 23,912.32 |
| 08/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 33.41 | 23,878.91 |
| 08/13/18 | Asset #4 | Settlement Agreement Wire-In | Per Settlement Agreement Order | 1149-000 | 956,250.00 | | 980,128.91 |
| 08/21/18 | 101 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Per invoice #3617Bond #SNN4010002 | 2300-000 | | 1,478.00 | 978,650.91 |
| 08/27/18 | 102 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel fees | 3110-000 | | 21,481.54 | 957,169.37 |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4560 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/18 | 103 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel expenses | 3120-000 | | 103.72 | 957,065.65 |
| 08/27/18 | 104 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (Tax filings) fees | 3410-000 | | 3,234.50 | 953,831.15 |
| 08/27/18 | 105 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) expenses | 3420-000 | | 823.64 | 953,007.51 |
| 08/27/18 | 106 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel fees | 3210-600 | | 382,500.00 | 570,507.51 |
| 08/27/18 | 107 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel expenses | 3220-610 | | 4,910.88 | 565,596.63 |
| 08/27/18 | 108 | LITZLER, SEGNER, SHAW & MCKENNEY, LLP | Per Order 08/10/18 #118Trustee special accountant fees | 3410-580 | | 21,898.13 | 543,698.50 |
| 09/04/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 773.88 | 542,924.62 |
| 10/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 758.72 | 542,165.90 |
| 12/23/18 | 109 | WELLS FARGO CAPITAL FINANCE | PER ORDER 12/11/18 #155ORDER LITIGATION EXP/DOCUMENT PRODUCTION | 2420-000 | | 1,000.00 | 541,165.90 |
| 07/18/19 | 110 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Inv 7/16/19 #4574Bond SSN4010002 $550k 8/13/19 term | 2300-000 | | 825.00 | 540,340.90 |
| 02/06/20 | Asset #3 | Texas Comptroller of Public Accounts | Unclaimed funds | 1290-001 | 25.00 | | 540,365.90 |
| 05/22/20 | Asset #6 | JM Partners LLC | Per order 05/06/20 #163 claim purchase | 1129-000 | 11,500.00 | | 551,865.90 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4560 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/08/20 | | Signature Bank | Transfer to account ending 1569 | 9999-000 | | 551,865.90 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 992,488.98 | 992,488.98 | $0.00 |
| | | | Less: Bank Transfers | | 24,713.98 | 551,865.90 | |
| | | | **Subtotal** | | 967,775.00 | 440,623.08 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$967,775.00** | **$440,623.08** | |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1569 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/20 | | Texas Capital Bank | Transfer from account ending 4560 | 9999-000 | 551,865.90 | | 551,865.90 |
| 07/21/20 | 1001 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Bond renewal inv 565 7/21/20<br>SNN4010002 8/13/20-8/13/21<br>$555,000 bond coverage | 2300-000 | | 833.00 | 551,032.90 |
| 09/23/20 | 1002 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3110-000 | | 19,898.12 | 531,134.78 |
| 09/23/20 | 1003 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3120-000 | | 928.93 | 530,205.85 |
| 09/23/20 | 1004 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and no additional expenses | 3410-000 | | 1,305.00 | 528,900.85 |
| 01/04/21 | 1005 | Michelle H. Chow | Dividend of 100.000000000%. | 2100-000 | | 52,880.45 | 476,020.40 |
| 01/04/21 | 1006 | Michelle H. Chow | Dividend of 100.000000000%. | 2200-000 | | 395.09 | 475,625.31 |
| 01/04/21 | 1007 | Douglas Lane | Dividend of 100.000000000%, Claim No.2A.<br>Bonus and commission owed.<br>$12,475.00 priority<br>$187,505.93 unsecured<br>$199,980.93 total claim<br>Allowed in Technologies; withdrew claim in Holdings | 5300-000 | | 12,475.00 | 463,150.31 |
| 01/04/21 | 1008 | Pontotoc County Treasurer | Dividend of 100.000000000%, Claim No.5.<br>Taxes<br>Marked priority boxes | 5800-000 | | 70,169.72 | 392,980.59 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1569 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/21 | 1009 | ANHUI TECHNOLOGY IMP AND EXP CO. LTD | Dividend of 3.477547979%. PER ORDER 10/15/18 #142 SEE MACH SPEED HOLDINGS See Claim #13<br>ALLOWED IN TECHNOLOGIES; DISALLOWED IN HOLDINGS<br>GENERAL UNSECURED CLAIM; $760,155.00 | 7100-000 | | 26,434.75 | 366,545.84 |
| 01/04/21 | 1010 | CHINA ELECTRONICS SHENZHEN COMPANY | Dividend of 3.477547979%. PER ORDER 10/15/18 #143 see Mach Speed Holdings See claim #14<br>Allowed in Technologies; disallowed in Holdings<br>General unsecured claim $380,160.00 | 7100-000 | | 13,220.25 | 353,325.59 |
| 01/04/21 | 1011 | GUANGZHOU CHANGJIA ELECTONIC CO. LTD. | Dividend of 3.477547979%. PER ORDER 10/15/18 #140 SEE MACH SPEED HOLDINGS, see Claim #11<br>ALLOWED IN TECHNOLOGIES; DISALLOWED IN HOLDINGS<br>GENERAL UNSECURED CLAIM $1,535,972.80 | 7100-000 | | 53,414.19 | 299,911.40 |
| 01/04/21 | 1012 | JIANGXI WEI HENG DIGITAL COMPANY LIMITED | Dividend of 3.477547979%. PER ORDER 10/15/18 #141 SEE MACH SPEED HOLDINGS, see claim #12<br>ALLOWED IN TECHNOLOGIES; DISALLOWED IN HOLDINGS<br>GENERAL UNSECURED CLAIM $3,090,832.82 | 7100-000 | | 107,485.20 | 192,426.20 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1569 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/21 | 1013 | NATURAL SOUND ELECTRONICS (SHENZHEN) CO., LTD | Dividend of 3.477547979%. PER ORDER 10/15/18 #139 IN Mach Speed Holdings, see claim #10<br>Disallowed in Holdings, Allowed in full in Technologies case. | 7100-000 | | 101,776.81 | 90,649.39 |
| 01/04/21 | 1014 | Peter Kravitz, as Trustee of the RS Liq. Trust | Dividend of 3.477547979%, Claim No.1. RadioShack claim<br>Agreed order 06/24/19 #19<br>Unsecured claim allowed of $100,000 | 7100-000 | | 3,477.55 | 87,171.84 |
| 01/04/21 | 1015 | Douglas Lane | Dividend of 3.477547979%, Claim No.2B. Bonus/commission owed.<br>$12,475.00 priority<br>$187,505.93 unsecured<br>$199,980.93 total claim<br>Allowed in Technologies; withdrew claim in Holdings | 7100-000 | | 6,520.61 | 80,651.23 |
| 01/04/21 | 1016 | Walmart Stores Inc. | Dividend of 3.477547979%, Claim No.3. Claim filed as unsecured<br>Filed by Chuck Hendricks | 7100-000 | | 56.63 | 80,594.60 |
| 01/04/21 | 1017 | Landstar Ranger Inc. | Dividend of 3.477547979%, Claim No.6. Filed as unsecured<br>Freight services rendered | 7100-000 | | 117.66 | 80,476.94 |
| 01/04/21 | 1018 | Landstar Ranger Inc. | Dividend of 3.477547979%, Claim No.7. Filed as unsecured<br>Services provided - freight | 7100-000 | | 65.48 | 80,411.46 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41919 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | MACH SPEED TECHNOLOGIES, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1569 - Checking Account |
| Taxpayer ID#: | **-***5706 | | Blanket Bond: | N/A |
| Period Ending: | 03/11/21 | | Separate Bond: | 555,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/04/21 | 1019 | Shenzhen CE & IT Ltd. | Dividend of 3.477547979%, Claim No.10.<br>Allowed in full as unsecured claim<br>See Holdings 11/26/18 #153 claim #9<br>Disallowed in Holdings, JLAB, and Bear;<br>allowed in Technologies<br>in amount of $1,297,332.00 | 7100-000 | | 45,115.34 | 35,296.12 |
| 01/04/21 | 1020 | Shenzhen NST industry and Trade Co., LTD | Dividend of 3.477547979%, Claim No.11.<br>Unsecured claim<br>Goods sold | 7100-000 | | 35,296.12 | 0.00 |
| | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | | 551,865.90<br>551,865.90 | 551,865.90<br>0.00 | $0.00 |
| | | **Subtotal**<br>Less: Payment to Debtors | | | 0.00 | 551,865.90<br>0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$551,865.90** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| Checking # ******1542 | 24,834.07 | 120.09 | 0.00 |
| Checking # ******1569 | 0.00 | 551,865.90 | 0.00 |
| Checking # ******4560 | 967,775.00 | 440,623.08 | 0.00 |
| | **$992,609.07** | **$992,609.07** | **$0.00** |